ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Social Security Administration
    Program Litigation 1
    Law & Policy
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Diane Kerr,<br><br>        Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>        Defendant. | No. 2:25-cv-01776-DC-DMC<br><br>STIPULATED MOTION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    Defendant respectfully moves for an extension of fourteen (14) days to respond to Plaintiff's Motion for Summary Judgment in this case, from the current due date of December 1, 2025, to the new date of December 15, 2025. Plaintiff's counsel was contacted November 26, 2025, and indicated his willingness to stipulate to this extension request. This is Defendant's second request for an extension in this case after previously being granted an extension of 39 days. The counsel for Defendant makes this request based on the following.

    At the end of the day on September 30, 2025, the appropriations that were funding the Department of Justice expired, and appropriations to the Department lapsed. The same is true for

Stipulated Motion for Extension of Time

1

most executive agencies, including the federal defendant Social Security Administration (SSA). Although all staff are back working on Social Security cases as of November 13, 2025, counsel for Defendant has many remaining backlogs that have impacted his ability to devote the time required to complete its response in this matter. Moreover, counsel for Defendant was out of on multiple days last week caring for his children who were out sick. In addition, counsel for Defendant will be out of the office starting November 26-28, 2025.

For these reasons, the undersigned counsel requests an extension of fourteen (14) days until December 15, 2025, in which to respond to Plaintiff's Motion for Summary Judgment.

Respectfully submitted,

ERIC GRANT
United States Attorney

DATE: November 26, 2025    By:   *s/ Oscar Gonzalez de Llano*
OSCAR GONZALEZ DE LLANO
Special Assistant United States Attorney
Attorneys for Defendant

Respectfully submitted,

DATE: November 26, 2025    By:   *s/ Justin Prato*
Justin Prato
Prato & Reichman
Attorney for Plaintiff
(*as authorized by email)

2

<u>ORDER</u>

Pursuant to Defendant's Motion, IT IS SO ORDERED that Defendant shall have an extension, up to and including December 15, 2025, to respond to Plaintiff's Motion for Summary Judgment.

Dated:  December 4, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE